IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) | MISC. NO. ____ <br><br> **Filed Under Seal** |

APPLICATION OF THE UNITED STATES
FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d)

The United States of America, moving by and through its undersigned counsel, respectfully submits under seal this *ex parte* application for an Order pursuant to 18 U.S.C. § 2703(d). The proposed Order would require ▓▓▓▓, cellular service provider, located in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to disclose certain records and other information pertaining to the cellular telephone assigned call number ▓▓▓▓ as described in Part I of Attachment A to the proposed Order. The records and other information to be disclosed are described in Part II of Attachment A. In support of this application, the United States asserts:

LEGAL BACKGROUND

1.  ▓▓▓▓ is a provider of an electronic communications service, as defined in 18 U.S.C. § 2510(15). Accordingly, the United States may use a court order issued under § 2703(d) to require ▓▓▓▓ to disclose the items described in Part II of Attachment A, as these records pertain to a subscriber of electronic communications service and are not the contents of communications. *See* 18 U.S.C. § 2703(c)(1).

2.  This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711(3). *See* 18 U.S.C. § 2703(d).

Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

3. A court order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation.

## THE RELEVANT FACTS

4. The United States is investigating violations of the ▇▇▇▇▇ USC ▇▇▇▇▇▇▇▇▇▇ommitted by ▇▇▇▇▇▇▇▇▇▇

5. ▇▇▇▇▇▇▇▇▇▇▇▇ cannot be sold without a Saltwater Products License and a Restricted Species Endorsement obtained through the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



6. A ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in accordance with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Furthermore, a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ including ▇▇▇▇▇▇ without complying with 50 CFR section 622.

7. On ▇▇▇▇▇▇▇▇▇ an agent with the United States Department of Commerce, National Oceanic and Atmospheric Administration (NOAA), working in an undercover capacity

Case 1:18-mj-00063-B Document 1-1 Filed 05/29/18 Page 3 of 5 PageID #: 96

spoke with ▓▓▓▓ told the UC NOAA agent that he wanted to ▓▓▓▓ The UC NOAA agent let it be known to ▓▓▓▓ He informed ▓▓▓▓ stated that he would like to ▓▓▓▓ and any ▓▓▓▓ hat the UC NOAA agent ▓▓▓▓ lso stated that he would ▓▓▓▓

8. On and before ▓▓▓▓ he UC NOAA agent spoke with ▓▓▓▓ on several occasions via ▓▓▓▓ ell phone numb ▓▓▓▓ wanted to ▓▓▓▓ from the UC NOAA agent. ▓▓▓▓ stated that he ▓▓▓▓ also stated that he ▓▓▓▓ for ▓▓▓▓ initially set a up a meeting in ▓▓▓▓ but told the UC agent ▓▓▓▓ traveled from ▓▓▓▓ NOAA agent where ▓▓▓▓ After the transaction ▓▓▓▓ as followed ▓▓▓▓

9. ▓▓▓▓ from a UC agent on ▓▓▓▓ As he did on the previous date, on these dates ▓▓▓▓ urchased fish caught by a recreational fisherman in ▓▓▓▓ and ▓▓▓▓ n violation o ▓▓▓▓

3

███ ███ lation of the ███ section 3372(a)(2)(A).

10. The transactions were all arranged over cell phone and text messages from several phone numbers including ███ and ███ ███ For each transaction ███ used the cell phone and text message service to request to ███ he UC agent. ███ included specific requests of ███ that were most ███ The UC NOAA agent updated ███ as to how much and which ███ then contacted his customers to verify thei ███ called the UC agent back to agree on ███

### REQUEST FOR ORDER

11. The facts set forth in the previous section show that there are reasonable grounds to believe that the records and other information described in Part II of Attachment A are relevant and material to an ongoing criminal investigation. Specifically, these items will help the United States to identify and locate the individual(s) who are responsible for the events described above, and to determine the nature and scope of their activities. Accordingly, the United States requests tha ███ be directed to produce all items described in Part II of Attachment A to the proposed Order.

12. The United States further requests that the Order require ███ ot to notify any person, including the subscribers or customers of the account(s) listed in Part I of Attachment A, of the existence of the Order for one year. *See* 18 U.S.C. § 2705(b). This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court

order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.* In this case, such an order would be appropriate because this investigation is ongoing and there is currently an undercover agent in frequent contact with the subject of this investigation. Any notification could compromise the investigation and endanger the undercover agent. *See* 18 U.S.C. § 2705(b).

13. The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY
*/s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney
Southern District of Alabama
63 South Royal Street
Mobile, AL 36602

5